*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:17-CR-197-03** |
| | § | **JUDGE ANDREW HANEN** |
| **FAUSAT ADEKUNLE** | § | |

## MOTION FOR JUDGMENT OF ACQUITTAL

*TO THE HONORABLE ANDREW HANEN*:

Fausat Adekunle, pursuant to Federal Rule of Criminal Procedure 29, asks the Court to enter a judgment of acquittal on all counts of conviction because the government's evidence was not sufficient to sustain such convictions.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Federal Identification 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Fausat Adekunle

<u>CERTIFICATE OF SERVICE</u>

A copy of this document has been served on the Assistant United States Attorney by CM/ECF on March 14, 2022.
.

/s/ David Adler

_____

David Adler

<u>CERTIFICATE OF CONFERENCE</u>

The AUSA is opposed to this motion.

/s/ David Adler

_____

David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:17-CR-197-03** |
| | § | **JUDGE ANDREW HANEN** |
| **FAUSAT ADEKUNLE** | § | |

## ORDER

Adekunle's motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 is:

Granted.

Denied.

Signed on March _____, 2022.

_____
Andrew Hanen
United States District Judge